Douglas L. Mahaffey, SBN 125980
**MAHAFFEY LAW GROUP**
20162 SW Birch, Suite 300
Newport Beach, California 92660
Telephone: (949) 833-1400
Facsimile: (949) 263-8736
Email:  dougm@mahaffeylaw.com

Attorneys for Defendants ROADWIRE, LLC and
CLASSIC SOFT TRIM, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATZKIN LEATHER, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ROADWIRE, LLC and CLASSIC SOFT TRIM, INC.,<br><br>Defendants. | CASE NO. 2:20-cv-02093-DSF-JEM<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served:  March 5, 2020<br>Response Due:  March 26, 2020<br>New Response Date:  April 24, 2020 |

**TO THIS HONORABLE COURT:**

Plaintiff KATZKIN LEATHER, INC., ("Katzkin") and Defendants ROADWIRE, LLC ("Roadwire") and CLASSIC SOFT TRIM ("CST") (collectively, the "Parties") by and through their undersigned counsel of record, hereby stipulation as follows:

WHEREAS, Plaintiff served its complaint on March 5, 2020 as to CST and March 6, 2020 as to Roadwire;

WHEREAS, Defendants CST and Roadwire have responses to this initial complaint on March 26 and March 27 respectively;

WHEREAS, counsel for the parties have met and conferred as to this deadline;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the parties, by and through their counsel of record as follows:

1. The deadline for Defendants CST and Roadwire to respond to or to move to dismiss Plaintiff's complaint is hereby extended by no more than 30 days such that the response deadline for both Defendants is now April 24, 2020.

IT IS SO STIPULATED.

DATED: March 25, 2020          **MAHAFFEY LAW GROUP, P.C.**

By: */s/ Douglas L. Mahaffey*
DOUGLAS L. MAHAFFEY
Attorneys for Defendants ROADWIRE, LLC and CLASSIC SOFT TRIM, INC.

DATED: March 25, 2020          **HOWARTH & SMITH**

By: */s/ Suzelle M. Smith*
DON HOWARTH
SUZELLE M. SMITH
Attorneys for Plaintiff
KATZKIN LEATHER INC.

**CERTIFICATE OF SERVICE**

I certify that on March 25, 2020 I electronically filed a copy of the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of the electronic filing to the following:

Don Howarth
Emails: dhowarth@howarth-smith.com; ptruong@howarth-smith.com; epardo@howarth-smith.com; cdouesnard@howarth-smith.com, khight@howarth-smith.com, agilbert@howarth-smith.com

Suzelle M. Smith
Emails: ssmith@howarth-smith.com; tglaspy@howarth-smith.com; epardo@howarth-smith.com; cdouesnard@howarth-smith.com,; khight@howarth-smith.com; agilbert@howarth-smith.com

Katherine A. Hight
Email: khight@howarth-smith.com

HOWARTH & SMITH
523 W. 6th St., Suite 728
Los Angeles, CA 90014

*Attorneys for Plaintiff Katzkin Leather, Inc.*

_____
Stephen Rapaport