# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATZKIN LEATHER, INC.,<br>    Plaintiff,<br><br>          v.<br><br>ROADWIRE, LLC,<br>    Defendant. | CV 20-2093 DSF (RAOx)<br><br>JUDGMENT |

The Court having summary judgment in favor of Defendant,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: May 6, 2022

                                              Dale S. Fischer<br>                                              United States District Judge